UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>         Plaintiff,               )<br>                                   )<br>vs.                                )<br>                                   )<br>ROSS HACK,                         )<br>                                   )<br>         Defendant.               ) | **O R D E R**<br><br>2:12-CR-63-PMP-NJK |

**IT IS ORDERED** that Defendant Ross Hack's Motion for Joinder [75] in Defendant Melissa Hack's Motion for Expedited Discovery [73] is **GRANTED.**

Dated: January 15, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE