2013 JAN 29 P 50

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America

               Plaintiff,

vs.

Ross Hack, et al.

               Defendant.

District No.   2:12-CR-63-PMP-CWH

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On January 28th, 2013 this court received a transcript order form dated January 28th, 2013 requesting a Transcript of a Sealed Ex Parte hearing held on January 23rd, 2013 from Mr. Michael Kennedy, Counsel for Mr. Ross Hack, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendants Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 29th day of January, 2013.

Phillip M. Pro
United States Judge