UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | 2:12-cr-0063 PMP-CWH |
| ) | |
| **VS.** ) | |
| ) | |
| Ross Hack & Leland Jones ) | |
| ) | |
| **Defendant,** ) | |

## ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated: September 2, 2014

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE