1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    NICHOLAS D. DICKINSON
3   Assistant United States Attorney
    333 Las Vegas Boulevard South
    Suite 5000
4   Las Vegas, Nevada  89101
    702-388-6336
5
    MOLLY MORAN
6   Acting Assistant Attorney General–Civil Rights Division
    PATRICIA A. SUMNER
7   JULIA GEGENHEIMER
    Trial Attorney
8   601 D Street NW, 5th Floor
    Washington, D.C. 20530
9   202-616-4719

10
                  UNITED STATES DISTRICT COURT
11                   DISTRICT OF NEVADA
12                          -oOo-

13  UNITED STATES OF AMERICA,        )
                                     )   Case No.: 2:12-cr-00063-PMP-CWH
14                 Plaintiff,        )
                                     )
15          vs.                      )   MOTION TO RELEASE TRIAL EXHIBITS
                                     )
16  ROSS HACK                        )
    and                              )
17  LELAND JONES,                    )
                                     )
18                 Defendants.
    _____

19

20          The United States of America, by and through Daniel G. Bogden, United States Attorney,

21  and Nicholas D. Dickinson, Assistant United States Attorney, for the District of Nevada, and by

22  and through Molly Moran, Acting Assistant Attorney General, and Patricia A. Sumner and Julia

23  Gegenheimer, Trial Attorneys, for the Civil Rights Division of the Department of Justice,

24

requests that the Court enter an order releasing the trial exhibits in the above-captioned case to the custody of the Federal Bureau of Investigation.

Dated this 9th day of September 2014.

Respectfully submitted,


DANIEL G. BOGDEN
United States Attorney

By: /s/ Nicholas D. Dickinson
NICHOLAS D. DICKINSON
Assistant United States Attorney

MOLLY MORAN
Acting Assistant Attorney General
Civil Rights Division

By: /s/ Patricia A. Sumner
PATRICIA A. SUMNER
Trial Attorney

By: /s/ Julia Gegenheimer
JULIA GEGENHEIMER
Trial Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 2:12-cr-00063-PMP-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROSS HACK | ) | |
| and | ) | |
| LELAND JONES, | ) | |
| | ) | |
| Defendants. | | |

_____

      **IT IS ORDERED** that the United States' Motion to Release Trial Exhibits is **GRANTED**

and that the trial exhibits shall be released to the custody of the Federal Bureau of Investigation.

      Dated: September 9, 2014.

_____

PHILIP M. PRO
United States District Judge